UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTWAN TAMON MIMS,

        Plaintiff,

v.

MATT MACAULEY et al.,

        Defendants.

_____/

Case No. 1:24-cv-1289

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure

to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   February 12, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge